UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY M. NEWTON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: |
| | * | |
| ST. TAMMANY FIRE | * | JUDGE |
| DISTRICT NO. 12, ET AL | * | |
| | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF REMOVAL

Defendants, Board of Commissioners of St. Tammany Fire District No. 12 ("FD12"), the

Estate of Joseph Mitternight; Kathy Mitternight; Emily Skidmore; Helen Mitternight; George

Schwing; Darrell Guilott; Volunteer Firemans Insurance Company; and Glatfelters Insurance

Group, file this Petition of Removal of this cause from the 22nd  Judicial District Court for the

Parish of St. Tammany, State of Louisiana, in which it is now pending, to the United States

District Court for the Eastern District of Louisiana.  This removal is predicated upon the fact that

the civil action brought in this state court involves a federal question and the United States

Courts have original jurisdiction over same.

      1.    This case was commenced in the 22nd Judicial District Court for the Parish of

St. Tammany, State of Louisiana, with citation and plaintiff's petition for

damages setting forth the claim for relief upon which this action is based.  .

This action is removed within thirty days of service on the first served

1

defendant. Pursuant to 28 U.S.C. 1446(a), copies of all process, pleadings and all orders of the court in the state action are attached hereto as Exhibit 1.

2. This action is one of a civil nature for damages allegedly arising from acts of alleged wrongful termination of employment and alleged violations of the "Fair Labor Standards Act," Title 29, United States Code Sec. 203, et seq.

3. Plaintiff has pled at paragraph 12 of the Petition claims arising under 29 U.S.C. 203, et seq, the "FLSA." The case as pled therefore arises under the laws of the United States. Therefore, this court has jurisdiction of this matter under 28 U.S.C. 1331 and 28 U.S.C. 1441(b).

4. The United States Supreme Court, by unanimous decision, has held that an action under the FLSA may be properly removed to federal court. Breuer v. Jim's Concrete of Broward County, 123 S. Ct. 1882 (2003).

5. This court has pendent and ancillary jurisdiction of the alleged interrelated state law claims based on the allegation that they arise under the same operative facts. 28 U.S.C. 1367.

6. Plaintiff also named "ABC Insurance Company", a fictitious name for unknown parties not identified in the petition. For purposes of removal, the consent of defendants sued under a fictitious name is not required. *Balazik v. County of Dauphin*, 44 F.3d 209, 213 & n.4 (3d Cir. 1995).

7.      All properly named defendants consent and join in this notice of removal.

**WHEREFORE**, defendants, Board of Commissioners of St. Tammany Fire District No. 12 ("FD12"), the Estate of Joseph Mitternight; Kathy Mitternight; Emily Skidmore; Helen Mitternight; George Schwing; Darrell Guilott; Volunteer Firemans Insurance Company; and Glatfelters Insurance Group, pray for removal of the above entitled cause from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana to the United States District Court, Eastern District of Louisiana.

Respectfully submitted,

**UNGARINO & ECKERT LLC**

**__/s/DAVID I. BORDELON_____**
**WAYNE R. MALDONADO (#19076)**
**DAVID I. BORDELON (#16815)**
**3850 North Causeway Blvd., Ste. 1280**
**Metairie, LA  70002**
**Telephone:    504/836-7554**
**Fax:    504/836-7554**
wmaldonado@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, either by

x    **electronic delivery**,
□    facsimile, or by
□    United States mail, properly addressed and first class postage prepaid on the 21st day of December, 2018.

_____/s/DAVID I. BORDELON_____