12/21/2018 08:36:37 AM

SUIT NO. 201814887

RAY M NEWTON
VS
ST TAMMANY FIRE DISTRICT NO. 12

DIVISON: I   TYPE:

PLAINTIFF'S ATTORNEY:
BERRIGAN, PATRICK J
204 VILLAGE CIRCLE, #3
SLIDELL, LA 70458
PATRICK J BERRIGAN PLC

DATE FILED: 10/03/2018

DEFENDANT'S ATTORNEY:

SUIT STATUS: OPN

DATE AS OF: 12/21/2018

Page 1

| COUNT | DATE | PCODE | DESCRIPTION | PARTY | REFUNDS | COSTS | RUNNING COSTS | DEPOSITS | PAYEE | PAID_DATE | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/03/2018 | 000000 | RAY M NEWTON | P 1 | | | | | | | |
| 2 | 10/03/2018 | 000529 | INITIALIZATION FEE | P 1 | | -15.00 | -15.00 | | 000000 | 10/03/2018 | 368 |
| 3 | 10/03/2018 | 000550 | SUPREME COURT REPORTING | P 1 | | -1.50 | -16.50 | | 000001 | 10/11/2018 | 321810 |
| 4 | 10/03/2018 | 000630 | JUDICIAL EXPENSE FUND PER R.S. | P 1 | | -15.00 | -31.50 | | 000001 | 10/11/2018 | 321810 |
| 5 | 10/03/2018 | 000634 | JUDGES COMPENSATION FUND PER | P 1 | | -25.00 | -56.50 | | 000073 | 11/07/2018 | 322073 |
| 6 | 10/03/2018 | 000635 | PARISH COUNCIL FEE-NEW SUIT/SET | P 1 | | -15.00 | -71.50 | | 000077 | 11/07/2018 | 322074 |
| 7 | 10/03/2018 | 000636 | SELS FISCAL SUPPORT FEE PER R.S. | P 1 | | -10.00 | -81.50 | | 000078 | 11/07/2018 | 322074 |
| 8 | 10/03/2018 | 000490 | SUPREME COURT FEE PER R.S.: 13:841.3 | P 1 | | -0.50 | -82.00 | | 000005 | 11/07/2018 | 322106 |
| 9 | 10/03/2018 | 000502 | INDEXING X 11 | P 1 | | -22.00 | -104.00 | | 256201 | 11/07/2018 | 322084 |
| 10 | 10/03/2018 | 000835 | PETITION - ENFORCE SETTLEMENT | P 1 | | -40.00 | -144.00 | | 000310 | 10/11/2018 | 321810 |
| 11 | 10/03/2018 | 000597 | AFFIDAVIT | P 1 | | -4.00 | -148.00 | | 000001 | 10/11/2018 | 321810 |
| 12 | 10/03/2018 | 000200 | HOLD SERVICE | P 1 | | 0.00 | -148.00 | | 000001 | 10/11/2018 | 321810 |
| 13 | 11/28/2018 | 000200 | OTD $850-10 SRVCS (3 SOS) | P 1 | 240.00 | 0.00 | -148.00 | | 000001 | / / | |
| 14 | 11/29/2018 | 000000 | PATRICK J BERRIGAN APLC | P 1 | | -148.00 | -148.00 | | 000000 | / / | |
| 15 | 11/29/2018 | 000000 | ADV SVC -OTHER SHF X 3 | P 1 | | -12.00 | -160.00 | 950.00 | 000000 | 11/29/2018 | 2195 |
| 16 | 12/04/2018 | 000624 | NEW SERVICE INSTRUCTIONS | P 1 | | -118.08 | -278.08 | | 000001 | 12/06/2018 | 322386 |
| 17 | 12/04/2018 | 000627 | SECRETARY OF STATE X 3 | P 1 | | -150.00 | -428.08 | | 000003 | 12/04/2018 | 322361 |
| 18 | 12/04/2018 | 000101 | CITATION ISSUED & RTN X10 | P 1 | | -240.00 | -668.08 | | 000023 | 12/04/2018 | 322362 |
| 19 | 12/04/2018 | 000510 | CERTIFIED COPY X20 | P 1 | | -120.00 | -788.08 | | 000003 | 12/04/2018 | 322591 |
| 20 | 12/04/2018 | 000512 | PHOTO COPIES X110 | P 1 | | -55.00 | -843.08 | | 000000 | 12/12/2018 | 322591 |
| 21 | 12/04/2018 | 000616 | LTRATY- LONG ARM SERVICE | P 1 | | -15.00 | -858.08 | | 000001 | 12/12/2018 | 322591 |
| 22 | 12/04/2018 | 000616 | LTRER PSH SHF- SERVICE | P 1 | | -15.00 | -873.08 | | 000001 | 12/12/2018 | 322591 |
| 23 | 12/04/2018 | 000658 | POSTAGE CHARGE X2 @ 7.90 | P 1 | | -15.80 | -888.88 | | 000001 | 12/12/2018 | 322591 |
| 24 | 12/07/2018 | 000658 | POSTAGE CHARGE | P 1 | | -0.47 | -889.35 | | 000001 | 12/12/2018 | 322591 |
| 25 | 12/10/2018 | 000658 | POSTAGE CHARGE | P 1 | | -0.47 | -889.82 | | 000001 | 12/19/2018 | 322649 |

EXHIBIT
1

## LEDGER BALANCE

| | | |
|---|---|---|
| Deposits | 1190.00 | |
| PrePaid Deposits | 0.00 | |
| Total Deposits | | 1190.00 |
| Costs | -889.82 | |
| PrePaid Costs | 0.00 | |
| Total Costs | | -889.82 |
| Refunds | | 0.00 |
| Escrows | 0.00 | |
| Ledger Balance | | 300.18 |

## CASH BALANCE

| | | |
|---|---|---|
| Deposits | 1190.00 | |
| PrePaid Deposits | 0.00 | |
| Total Deposits | | 1190.00 |
| Costs | -889.82 | |
| PrePaid Costs | 0.00 | |
| Total Costs | | -889.82 |
| Refunds | | 0.00 |
| Escrows | 0.00 | |
| Cash Balance | | 300.18 |

12/21/2018 08:36:40 AM

PARTY SUMMARY REPORT

SUIT NO. 201814887

RAY M NEWTON

VS

ST TAMMANY FIRE DISTRICT NO. 12

DIVISON: 1   TYPE:   DATE FILED: 10/03/2018   DATE AS OF: 12/21/2018   SUIT STATUS: OPN

Page: 1

| PARTY # | NAME | | ATTORNEY NAME | DEPOSIT | PREPAID DEPOSIT | COST | PREPAID COST | REFUNDS | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NEWTON | RAY M | BERRIGAN, PATRICK J | 1190.00 | 0.00 | -889.82 | 0.00 | 0.00 | 300.18 |
| | | | | 1190.00 | 0.00 | -889.82 | 0.00 | 0.00 | 300.18 |

*Melissa R. Henry*

| | | |
|---|---|---|
| Civil Customer Service<br>(985) 809-8733 | Clerk of Court<br>22nd Judicial District<br>Parish of St. Tammany | P.O. Box 1090<br>Covington, LA 70434<br>(985) 809-8700 |

**Receipt#: 205036**
Date:   12/21/2018
Cashier:  kwetzel
Register: STPCC-228-CV044
Customer:  John HENRY

Items:
31   Civil Copy                                         15.50
201814887
3   Docket Sheet                                     3.00
**Total:**                                                    **18.50**

Tendered:
Personal Check 271175                          16.00
Cash                                                        5.00

Change Due:                                          2.50

All fees shall be charged in accordance with Louisiana R.S. 13:841 and other relevant statutes.  If you believe these charges might be incorrect, contact our office for a formal review.

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

RAY M. NEWTON

VS.

ST. TAMMANY FIRE DISTRICT NO. 12 ET AL

Filed: **OCT - 3 2018**

NUMBER *2018-14887*

DIVISION *I*

DOCKET

Deputy Clerk

Shannon Ussery, Deputy Clerk

### PETITION

**NOW INTO COURT**, through undersigned counsel, comes Ray M. Newton (a person of the full age of majority and a resident of and domiciled in this Parish)(hereinafter "Newton"), who respectfully represents:

1.

That made defendants herein, jointly and in solido, are:

- Board of Commissioners of St. Tammany Fire Protection District No. 12 ("FD12") (a body politic capable of suit in this Parish);
- Estate of Joseph Mitternight (a juridical entity capable of suit and domiciled in this Parish) insofar as Joseph Mitternight was a member of FD12 and acting in his individual capacity;
- Kathy Mitternight (a person of the full age of majority and a resident of and domiciled in this Parish)
- Emily Skidmore(a person of the full age of majority and a resident of and domiciled in Richmond, Virginia)
- Helen Mitternight (a person of the full age of majority and a resident of and domiciled in Charleston, South Carolina)
- George 'Sonny" Schwing (a person of the full age of majority and a resident of and domiciled in this Parish) in his individual capacity and as a member of FD12;
- Darrell Guilott (a person of the full age of majority and a resident of and domiciled in this Parish) in his individual capacity and Chief of FD12;
- Volunteer Firemans Insurance Company ("VFIS") (a foreign insurance carrier licensed to do and doing business in this Parish)
- Glatfelters Insurance Group (a foreign insurance carrier licensed to do and doing business in this Parish)
- ABC Insurance Company (a foreign insurance carrier licensed to do and doing business in this Parish and to be later identified as the insurer of any defendant named herein)

2.

That VFIS and Glatfelters had, at all times material hereto, polices of insurances to FD12 that provided coverages to FD12 that was in full force and effect at all times material hereto.

1

3.

That ABC Insurance had, at all times material hereto, polices of insurances that provided coverages to the defendants.

4.

That at all times material hereto, Newton was a full-time employee of FD12 from 1994 through October, 2015 and was entitled to certain wages, pay, benefits, rights and privileges during his tenure; that Newton was a 21 year veteran with an unblemished record that had proudly served without issue with five (5) Fire Chiefs and numerous Commissioners.

5.

That Kathy Mitternight, Emily Skidmore and Helen Mitternight were the sole heirs of Joseph Mitternight and unconditionally accepted the Succession of Joseph Mitternight, docket No. 2016-30739.

6.

That Guilott was the Chief of FD12, at all times material hereto, and was responsible for the day-to-day affairs of FD12 and its personnel.

7.

That Stephen Krentel was otherwise an employee of FD12 supervised by Guilott, Schwing and Mitternight; that Krentel was the Chief of Administration.

8.

That Rebecca Dougherty was otherwise an employee of FD12 supervised by Guilot, Schwing and Mitternight and that acting in her capacity as "Human Resource Director" and secretary to both the Board of Commissioners and the FD12 Civil Service Board, allowed her personal relationship with Sarah Modisett and Stephen Krentel to affect her judgment and that Dougherty deliberately took steps to conceal and thereby facilitate the ongoing sexual relationship between Modisett and Krentel. When questioned, Dougherty concealed the truth despite her knowledge that the relationship could result in a claim of sexual harassment against FD12.

9.

That Sarah Modisette was otherwise an employee of FD12 supervised by Krentel, Guilott, Schwing and Mitternight; that Modisette was the bookkeeper and custodian of FD12 financial records.

10.

That Newton was summarily and constructively dismissed, without cause, because of his constant "whistle-blowing" and appearance before the Parish Council on October 1, 2015.

11.

That Newton earned and was not fully paid vacation pay, wages, medical leave benefits, and retirement funding, all as will be shown at a trial of this cause.

12.

That FD12, Schwing, Mitternight, and Krentel has violated the mandates of the FLSA (Fair Labor Standard Act), all as will be shown at a trial of this cause, despite repeated requests of Chairman Mitternight, he intentionally refused to entertain the payment of all wages and benefits, and willfully refused to place the matter on the agenda for the Board's consideration.

13.

That FD12, Schwing, Mitternight, and Krentel has violated the mandates of R.S. 23:967, et seq., all as will be shown at a trial of this cause.

14.

That Newton's social security benefits were likewise reduced, eliminated or lost, all because of the actions and inactions of the defendants.

15.

That Mitternight, in his capacity of Chairman and as member of FD12, agreed and guaranteed that Newton (at the age of 67) would have gainful employment until his retirement age of 70 ½.

16.

That Mitternight, as Chairman of FD12, assured and guaranteed Newton employment; that Mitternight and FD12 breach the obligation and oral contract between the parties.

3

Alternatively, Newton asserts detrimental reliance upon the promise of Mitternight and Schwing. Aternatively, Newton asserts unjust enrichment, in that the defendants benefited from the fraud perpetrated against Newton. Alternatively, Newton is entitled to all compensation and benefits as per law. Despite repeated requests of Chairman Mitternight, he intentionally and willfully refused to entertain the payment of all wages and benefits to Newton and to honor the obligation Mitternight made to Newton. Mitternight willfully refused to place the matter on the agenda for consideration by the Board of Commissioners.

17.

That on October 1, 2015, Mitternight and Newton appeared before the St. Tammany Parish Council where a report was made to the entire Council as to the business affairs of FD12 and its ambulance operations, together with the then-made-public financial concerns that had heretofore been covered up by Krentel, Guilott, Mitteright and Schwing.

18.

That the financial concerns of Newton had been fully disclosed to Guilott, Mitternight and Schwing as early as February, 2015; that Newton had expressed grave concerns over the financial stability of FD12.

19.

That on or about October 2, 2015, Mitternight was furious and outraged that Newton made public the financial woes of FD12 and informed Newton that he "had enough votes of the Board to terminate him that week" and instructed Newton to immediately resign or "face embarrassment and humiliation at a public meeting".

20.

That Krentel likewise approached Newton and threatened to "destroy and ruin him professionally and personally".

21.

That Newton was wrongfully terminated without cause or due process.

22.

That Newton was constructively dismissed without cause or due process.

4

23.

That Newton constantly struggled and fought the culture of intentional indifference and refusal at FD12 to address patterns of wrong-doing of and by Firemen, Schwing and Mitternight.

24.

That there existed a culture of 'cover-ups' of inappropriate sexual behavior between FD12 employees, together with other inappropriate relationships between Board Members and others.

25.

That there existed also a culture of "cover-ups" of improper expenditure of public funds by various firemen.

26.

That there existed a culture of "cover-ups" of payroll fraud of firemen.

27.

That Newton was subjected to a pattern of abuse, harassment and intimidation that occurred before his termination on October 6, 2015 and after his departure; that upon information and belief after 2015, Newton continued to be the target of defamation and an organized "disinformation campaign" both within and outside FD12 by Krentel, Guilott, Mitternight and Schwing; that the disclosure of "misinformation" to the press, media and social websites was preplanned and calculated by Krentel and Guilott with the intent to deceive, fabricate and cause harm to Newton and others.

28.

That upon information and belief, Krentel has enlisted the assistance of others to perpetuate and create acts of defamation and targeted misinformation to fulfill his statement "I'm going to destroy you personally and professionally".

29.

That upon information and belief, the targeted attacks by Krentel and others continues to this day, all of which creates stress, harm and loss of opportunities.

30.

That Joseph Mitternight (who died on June 30, 2016) was the long-time chairman of FD12 from about 1995 until his death.

31.

That George Schwing was the long time Treasurer of FD12 from 1999 and serves until this day.

32.

That Mitternight and Schwing centralized their power & control by forming a two-man 'Executive Committee' during their tenure that controlled access to the entire Board of Commissioners; Mitternight personally controlled all agenda items and controlled personnel matters/decisions.

33.

That the Executive Committee had superior knowledge in personnel and financial matters due to their unique position that was never made known to the entire FD12 Board and the rank and file members of FD12.

34.

That the Executive Committee never took action to adequately and timely protect the public and FD12 nor address the concerns of FD12.

35.

That Mitternight specifically instructed Newton to never ever contact or address the other members of FD12 Board without Mitternight's expressed permission; that Mitternight cautioned and admonished Newton to present all documents to the 'Executive Committee' for consideration of what items could or would be discussed in public.

36.

That beginning in 2013/14, Newton had brought to the attention of the 'Executive Committee' of FD12 (namely Schwing and Mitternight), on more than one occasion, the irregularities of FD12 personnel sexual behavior, the improper expenditure of funds, issues of payroll fraud and inappropriate record keeping by employees, including but not limited to:

6

St Tammany Parish Clerk of Court 2014-13487 Filed 12/21/18   Page 11 of 34

- That inappropriate sexual relationship between Krentel and Modisette (that has now been admitted by Krentel);
- That Krentel had another inappropriate relationship with an employee.  He was confronted at FD12 Headquarters by the husband of an employee who stated to Krentel, 'Listen Sport, I know what you have been doing with my wife and it had better stop!' The employee subsequently resigned;
- That upon information and belief, Krentel used his position for personal gain as a FD12 employee when he requested and received discounts on meals while he was in uniform;
- Krentel deliberately and repeatedly made false and misleading statements to the Board of Commissioners regarding Ambulance Finances;
- Krentel and Guilott plotted to circumvent ethical considerations by attempting to arrange the hiring of his son upon Guilott's departure and Krentel assuming the position of Fire Chief;
- Krentel and Modisette refused to attend mandatory "Sexual Harassment Awareness Training" for ALL FD12 personnel by outside speakers;
- Inappropriate sexual relationships between other Deputy Chiefs and various personnel that was 'covered-up' by Mitternight, Guilott, Krentel and others;
- Improper expenditure of public funds, including but not limited to "side trips" from Los Angeles to Covington to visit the Grand Canyon while travelling in public vehicles by Krentel and Guilott in mid-2014;
- Signing of contracts and other obligations by Krentel to the detriment of FD12 and the public, all with the knowledge of Guilott and without the knowledge of the entire FD12 Board, Newton, and the Legal Department;
- Krentel signing a contract with "Intermedix" without the knowledge  or approval of Newton, FD12 legal department or the Board of FD12;
- Krentel signed and obligated a contract for architectural/construction services for the design of FD12's headquarters addition without knowledge or approval of the FD12 Board or Newton, all of which eventually resulted in litigation in Case No. 2015-10565, and that upon information and belief, was with the knowledge of Guilott;
- Krentel signing a construction/architectural contract with MSH Architects without the knowledge or approval of Newton or the Board of FD12 or the legal department;
- Krentel interfering with Newton and obstructing a resolution with the Federal Emergency Management Agency ('FEMA') to reduce or eliminate a FEMA storm loan that resulted in the obligation of FD12 to re-pay a 'loan' in excess of $500,000 that otherwise (upon information and belief) could have been resolved;
- Krentel's failure to timely provide documentation to various medical insurance providers in order to ensure timely and proper payment of funds generated by the ambulance service;
- Krentel's failure to properly disclose accurate financials  to the Parish Council that resulted in the ultimate failure of the 'ambulance program' at FD12 that has cost the public over a $1,000,000 in lost expenditures, including ambulances, equipment and personnel;
- Schwing, Mitternight, Guilott and Krentel's intentional interference with enactment of new Rules/Policies that addressed "fraternization" and "sexual harassment," as prepared by the Legal Department and reviewed by the entire Board;
- Duly and properly issued "Request for Proposals" and "Request for Quotes" were delayed, rejected or otherwise interfered with by Krentel and Guilott;
- Krentel and Guilott interfered with the efficient operations of FD12 with the tacit approval of Mitternight and Schwing;
- Dougherty, as Human Resource Officer, failed to address known and apparent irregular sexual behavior;
- Dougherty refused to collect and post accurate FD12 minutes that would have discussed irregularities;

7

- Modisette failed to address irregularities of payroll fraud
- Krentel and Guilott retrieved a beam from New York City in an attempt to construct a memorial to '911'; FD12 staff, without Board approval but with Guilott approval, travelled to New York City, hauled the beam on a FD12 trailer to Covington, designed and constructed the memorial without architectural/engineering input, and without the expressed permission of the FD12 Board to expend public funds;
- Krentel and Guilott knew, or had reason to know, that certain 'favorite' employees were allowed to not timely perform duties and had no accountability to the public while on the job, constituting nothing more than payroll fraud;
- Upon information and belief, certain employees were allowed, without repercussion or sanction, to intimidate co-workers by acts of threats and damage to property and that such behavior continues to this day;
- After notice of concerns of financial irregularities, Krentel and Modisette removed FD12 financial records to Krentel's home for 'review' and 'assessment', that upon information or belief, were purged and never returned.

37.

That all of the aforesaid actions and inactions were disclosed to Guilott and also the Executive Committee and that Newton's efforts to serve the public were denied and thwarted with the design to cover-up and not disclose the actions of people in power and control of the FD12 finances.

38.

That Newton was and is a "Whistle Blower" and as such, is entitled to such relief as is allowed at law.

39.

That the defendants actually violated the law.

40.

That the defendants created and caused discriminatory actions.

41.

That the acts increased in intensity and seriousness that affected Newton's ability to act.

42.

That the defendants interfered with Newton's employment contract.

43.

That Krentel, Guilott, Mitternight and Schwing created and fostered a hostile work environment for Newton.

44.

8

That Newton suffered and continues to suffer harm and distress.

45.

That Guilott, Mitternight and Schwing failed to supervise Krentel at all times; that Mitternight and Schwing failed to supervise Guilott.

46.

That as a direct result of the pattern of threats, harassment and intimidation, Newton was forced to resign as FD12 Administrator.

47.

That Newton has suffered damages to employment possibility and professional reputation through coordinated libel, slander and misinformation.

48.

That FD12, through Mitternight, Guilott and Schwing, knowingly, encouraged and facilitated repressing the truth and employment conditions that existed at FD12.

49.

That Newton did not cause nor contribute to the actions and inactions herein.

50.

That Newton refused to participate in the actions of the defendants; that Newton objected to the actions of the defendants, to his detriment.

51.

That Krentel and Guilott consistently ignored and/or bypassed legal advice from in-house legal counsel and recommendations from Newton that subjected FD12 to legal liability exposure

**WHEREFORE**, Ray M. Newton prays that the defendants Board of Commissioners of St. Tammany Fire Protection District No. 12, Estate of Joseph Mitternight, Kathy Mitternight, Emily Skidmore, Helen Mitternight, George 'Sonny' Schwing, Darrell Guilott, Volunteer Firemans Insurance Company, Glatfelters Insurance Group be cited to appear and answer this Petition, and that after due proceedings, there be judgment in his favor and against all defendants, jointly and in solido, for breach of contract, violations of the FSLA, an award for wrongful termination, damages pursuant to the "Whistleblower Act", reimbursement/ payment of

9

all wages, accrued employment benefits, attorney fees, legal interest thereon until paid and all
costs.

Respectfully submitted,

PATRICK J. BERRIGAN, APLC

PATRICK J. BERRIGAN (#3022)
204 Village Circle, Suite 3
Slidell, LA 70458
Phone: (985) 646-1515
Fax: (985) 646-1212

PLEASE SERVE:

HOLD SERVICE

10

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

RAY M. NEWTON

VS.

Filed: _____OCT - 3 2018_____

NUMBER 2018 14887

DIVISION I

DOCKET

Deputy Clerk

Shannon Ussery, Deputy Clerk

### VERIFICATION

PERSONALLY CAME AND APPEARED, Ray M. Newton, who after be duly sworn, did depose and state that he has read the allegations of the petition and that all allegations are true and correct to the best of his knowledge.

Ray M. Newton

Sworn to and subscribed before me,

this 2nd day of October, 2018.

Patrick J. Berrigan

Notary Public

PATRICK J. BERRIGAN
NOTARY PUBLIC
BAR/NOTARIAL #3022
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

ST. TAM. PAR.
FILED
2018 OCT - 3 P 3: 58

11

# PJB

**PATRICK J. BERRIGAN**
A PROFESSIONAL LAW CORPORATION
P.O. BOX 220
204 VILLAGE CIRCLE • SUITE 3
SLIDELL, LOUISIANA 70458

ALSO ADMITTED
IN FLORIDA

**FILED**

NOV 29 2018

MELISSA R. HENRY, CLERK
Deputy
John C. Fallon, Deputy Clerk

TELEPHONE: (985) 646-1515
FACSIMILE: (985) 646-1212
EMAIL: pat@patberrigan.com

November 29, 2018

Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
P. O. Box 1090
Covington, LA 70434

> Re:  Ray M. Newton v. St. Tammany Fire District No. 12, et al
> 22nd JDC No.: 2018-14887 "I"

Dear Sir/Madam:

Please accept this as a request for service of the Petition filed in the captioned matter on October 3, 2018. The service instruction are as follows:

**PLEASE SERVE:**

(1)  Board of Commissioners of St. Tammany Fire Protection District No. 12, through its Chairman:
Steve Swanson
19375 Hwy. 36
Covington, LA 70433

(2)  Estate of Joseph Mitternight, through the Executor of the Estate:
Ferris Kaplan
47 Chapel Street
Charleston, SC 29403
Service through the Louisiana Long Arm Statute
**NOTE:** Madam Clerk, please prepare a certified copy of the Petition, along with Citation, for attorney for plaintiff to serve defendant by certified mail.

2018 NOV 29  P 1: 40
ST. TAM. PAR.
FILED

Clerk of Court
November 29, 2018
Page 2


(3)     Kathy Mitternight
        417 Aspen Lane
        Covington, LA 70433

(4)     Emily Skidmore
        701 N. Colonial Ave., Apt. 3
        Richmond, VA 23221
        Service through the Louisiana Long Arm Statute
        **NOTE:** Madam Clerk, please prepare a certified copy of the Petition, along with Citation,
        for attorney for plaintiff to serve defendant by certified mail.

(5)     Helen Mitternight
        47 Chapel Street
        Charleston, SC 29403
        Service through the Louisiana Long Arm Statute
        **NOTE:** Madam Clerk, please prepare a certified copy of the Petition, along with Citation,
        for attorney for plaintiff to serve defendant by certified mail.

(6)     George "Sonny" Schwing
        13 Claudia Drive
        Covington, LA 70435

(7)     Darrell Guilott
        81136 Carr Lane
        Bush, LA 70431

(8)     Volunteer Firemans Insurance Company,
        who has appointed the Secretary of State of Louisiana as its registered agent in all
        matters wherein they are cast as defendants in this State.

(9)     Glatfelters Insurance Group,
        who has appointed the Secretary of State of Louisiana as its registered agent in all
        matters wherein they are cast as defendants in this State.

(10)    ABC Insuance Company,
        who has appointed the Secretary of State of Louisiana as its registered agent in all
        matters wherein they are cast as defendants in this State, and to be later identified
        as the insurer of any defendant named herein.

---

PATRICK J. BERRIGAN                                                      204 VILLAGE CIRCLE • SUITE 3
A PROFESSIONAL LAW CORPORATION                                          SLIDELL, LA 70458
                                                                       (985) 646-1515

Clerk of Court
November 29, 2018
Page 3


I also enclose 2 checks, one to the Clerk of Court in the amount of $950.00, and one to the Sheriff, St. Tammany Parish, in the amount of $159.75 to cover the service costs.

Thank you for your assistance in this matter.

Very truly yours,

PATRICK J. BERRIGAN, APLC

By:  *[signature]*

Patrick J Berrigan

PJB/tlr
Enclosures

PATRICK J. BERRIGAN
A PROFESSIONAL LAW CORPORATION

204 VILLAGE CIRCLE • SUITE 3
SLIDELL, LA 70458
(985) 646-1515

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana


TO   Board of Commissioners of St. Tammany Fire Protection District No. 12, through

Its Chairman: Steve Swanson, 19375 Hwy. 36, Covington, La. 70433

---

**You are hereby summoned to comply** with the demand contained in the petition of which a true
and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either
by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center,
701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana,
within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against
you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry*, Clerk of Court

BY:   S/MARGARET M. McLAIN

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18 *us/atty Clk# 7196*

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458


Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____
                                                              Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO   Estate of Joseph Mitternight, through the Executor of the Estate: Ferris Kaplan

47 Chapel Street, Charleston, SC 29403 through Louisiana Long Arm Statute

**You are hereby summoned to comply with** the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **THIRTY (30)** days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry,* Clerk of Court

BY:   S/MARGARET M. McLAIN

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

Attorney: (P-1)
**Patrick J. Berrigan**
**204 Village Circle- Suite 3**
**P.O. Box 220**
**Slidell, La. 70458**

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____ Parish, a distance of _____ miles from the Justice Center.

_____

Deputy Sheriff

Parish of _____

101-30 day Long Arm Service Citation
Rev 7/16

Ray M. Newton

VS: 2018-14887 "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO   Kathy Mitternight, 417 Aspen Lane, Covington, La. 70433

_____

_____

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry*, Clerk of Court

BY:   S/MARGARET M. McLAIN
_____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18 *Wohyer #7196*
_____

**Attorney: (P-1)**
**Patrick J. Berrigan**
**204 Village Circle- Suite 3**
**P.O. Box 220**
**Slidell, La. 70458**

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____

Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO     Emily Skidmore, 701 N. Colonial Avenue, Apt. 3, Richmond, VA 23221

        through Louisiana Long Arm Statute

**You are hereby summoned to comply with** the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **THIRTY (30)** days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry*, Clerk of Court

BY:   S/MARGARET M. McLAIN
_____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

Attorney: (P-I)
**Patrick J. Berrigan**
**204 Village Circle- Suite 3**
**P.O. Box 220**
**Slidell, La. 70458**

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____ Parish, a distance of _____ miles from the Justice Center.

                _____

                                      Deputy Sheriff

Parish of _____

101-30 day Long Arm Service Citation
Rev 7/16

Ray M. Newton

VS: 2018-14887 "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO     Helen Mitternight, 47 Chapel Street, Charleston, SC 29403

       through Louisiana Long Arm Statute

**You are hereby summoned to comply with** the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **THIRTY (30)** days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry*, Clerk of Court

BY:    S/MARGARET M. McLAIN

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

Attorney: (P-1)
**Patrick J. Berrigan**
**204 Village Circle- Suite 3**
**P.O. Box 220**
**Slidell, La. 70458**

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____

                      Deputy Sheriff

Parish of _____

101-30 day Long Arm Service Citation
Rev 7/16

Ray M. Newton

VS:  2018-14887  "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO    George "Sonny" Schwing, 13 Claudia Drive, Covington, La. 70435

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this    **29th**    day of    **November**    , 2018.

_Melissa R. Henry_, Clerk of Court

BY:  _____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18  _Mlly RR#2196_

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458

Received on _____, 2018, and on _____, 2018 I served a true copy of
the within _____,
on _____ in person,
at domicile with _____,
in _____Parish, a distance of _____ miles from the Justice Center.

_____

Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana


TO      Darrell Guilott, 81136 Carr Lane, Bush, La. 70431

_____

_____

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this ___29th___ day of ___November___ , 2018.

*Melissa R. Henry*, Clerk of Court

BY:   ___S/MARGARET M. McLAIN___

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18 *whity ck#2196*
_____

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458


Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____,

on _____ in person.

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____

                                                    Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO      Volunteer Firemans Insurance Company who has appointed the Secretary of

State of Louisiana as its registered agent in all matters wherein they are case as

defendants in this State.

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this    29th    day of    November    , 2018.

*Melissa R. Henry*, Clerk of Court

BY:      S/MARGARET M. McLAIN

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____

Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16

Ray M. Newton

VS:  2018-14887  "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana


TO    Glatfelters Insurance Group, who has appointed the Secretary of

State of Louisiana as its registered agent in all matters wherein they are case as

defendants in this State.

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry*, Clerk of Court

BY:    S/MARGARET M. McLAIN

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458


Received on _____ , 2018, and on _____ , 2018 I served a true copy of

the within _____ .

on _____ in person,

at domicile with _____ ,

in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16

Ray M. Newton

VS:  2018-14887  "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO    ABC Insurance Company, who has appointed the Secretary of State of Louisiana as its registered agent in all matters wherein they are case as defendants in this State, and to be later identified as the insurer of any defendant named herein.

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this    **29th**   day of   **November**        , 2018.

*Melissa R. Henry,* Clerk of Court

BY: _S/MARGARET M. McLAIN_____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____

Deputy Sheriff

Parish of _____

101-15 day Regular Citation
Rev 7/16



*Melissa R. Henry*

**CLERK OF COURT**
22nd Judicial District Court
Parish of St. Tammany

December 3, 2018

East Baton Rouge Parish Sheriff's Office
Attn.: Civil Department
P.O. Box 3277
Baton Rouge, La.  70821

     Re:  Ray M. Newton
        Vs #2018-14887  "I"
          St. Tammany Fire District No. 12, etal

Dear Counsel:

     Please find enclosed Citation and duplicate together with a certified copy of the Original Petition to be served through the Louisiana Long Arm Statute on the following:

**1) Volunteer Firemans Insurance Company**
**2) Glatfelters Insurance Group**
**3) ABC Insurance Company**

Please find a check(s) payable to you for your services.

Sincerely,

Margaret M. McLain
Deputy Clerk
Division "I"

**P.O. Box 1090 · Covington LA 70434 · (985) 809-8700**

December 3, 2018

Patrick J. Berrigan
Attorney at Law
P.O. Box 220
204 Village Circle- Suite 3
Slidell, La. 70458

      Re:  Ray M. Newton
          Vs #2018-14887 "I"
              St. Tammany Fire District No. 12, etal

Dear Counsel:

      Please find enclosed Citation and duplicate together with a certified copy of the Original
Petition to be served through the Louisiana Long Arm Statute on the following:

| |
|---|
| 1. **Helen Mitternight** |
| 2. **Emily Skidmore** |
| 3. **Estate of Joseph Mitternight through the Executor of the Estate Ferris Kaplan** |

Once service has been made, please furnish this office with the Citation stamped "Return",
proof of service (certified mail - green card) and  your affidavit of service.

Sincerely,


Margaret M. McLain
Deputy Clerk of Court

Encl: mmm

                                       **616**

RETURN

8/12

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO    Board of Commissioners of St. Tammany Fire Protection District No. 12, through

Its Chairman: Steve Swanson, 19375 Hwy. 36, Covington, La. 70433

---

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center. 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this    **29th**    day of    **November**    , 2018.

_Melissa R. Henry_, Clerk of Court

BY: _____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18 w/atty Ck#. 2196

---

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458

FILED

DEC 07 2018

MELISSA R. HENRY, CLERK
Deputy
Donna P. Melancon, Deputy Clerk

Received on _____, 2018, and on _____, 2018

the within _____

on _____    (52)201814887 - 2.00 -- C/P         INT:              _____ in person,
                Served PERS on
at domicile w   BOARD OF COMMISSIONERS OF ST TAMMANY FIRE
                PROTECTI at                                            _____
in _____     19375 Highway 36, COVINGTON
                Service Date & Time: 12/5/2018 11:13:00AM       stice Center.
                thru Terry Stewart - adminstration

                8712 - MEYER, SCOTT, St. Tammany Parish     Deputy Sheriff

                                                            _____

                                                            101-15 day Regular Citation
                                                            Rev 7/16

PRE-PAID

2196

**RETURN**

Ray M. Newton

VS:   2018-14887   "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

RECEIVED
ST PSO CIVIL

TO   George "Sonny" Schwing, 13 Claudia Drive, Covington, La. 70435

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   **29th**   day of   **November**   , 2018.

*Melissa R. Henry*, Clerk of Court

BY: _____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18

**FILED**

**Attorney: (P-1)**
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458

DEC 07 2018

MELISSA R. HENRY, CLERK
Deputy

Donna P. Melancon, Deputy Clerk

Received on ___

the within ___

on ___

at domicile with ___

in ___

(52)201814887 - 3.00 -- C/P
Served PERS on
GEORGE SONNY SCHWING at
13 Claudia DR, COVINGTON
Service Date & Time: 12/5/2018  8:17:00AM

8711 - TRANCHINA, ROBERT, St. Tammany Parish

INT:

I have served a true copy of

_____ in person,

_____

ce Center.

Deputy Sheriff

_____

101-15 day Regular Citation
Rev 7/16

**PRE-PAID**
2196

RETURN

8718

Ray M. Newton

VS: 2018-14887 "I"

St. Tammany Fire District No. 12, etal

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

RECEIVED
STPSO - C...

TO    Kathy Mitternight, 417 Aspen Lane, Covington, La. 70433

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this ___29th___ day of ___November___, 2018.

_Melissa R. Henry_, Clerk of Court

BY: _____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18   w/atty clz #2196

**Attorney: (P-1)**
**Patrick J. Berrigan**
**204 Village Circle- Suite 3**
**P.O. Box 220**
**Slidell, La. 70458**

FILED

DEC 0 7 2018

MELISSA R HENRY, CLERK

Deputy _____

Donna P. Melancon, Deputy Clerk

Received on _____, 2018, and on _____, 2018 I served a true copy of the within _____

(52)201814887 - 1.00 – C/P
Served PERS on
KATHY MITTERNIGHT at
417 Aspen LN, COVINGTON
Service Date & Time: 12/5/2018 6:47:00AM

INT: /1/

_____ in person,

8718 - DUCRE, KONRAD, St. Tammany Parish

les from the Justice Center.

_____

Deputy Sheriff

101-15 day Regular Citation
Rev 7/16

PP
2196



**RETURN**

Ray M. Newton

VS:  2018-14887   "I"

St. Tammany Fire District No. 12, etal

**22nd Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

RECEIVED
STPSO · CIVIL
2018 DEC -3 P 4:
ST TAMMANY PARISH
SHERIFF

TO   Darrell Guilott, 81136 Carr Lane, Bush, La. 70431

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   29th   day of   November  , 2018.

*Melissa R. Henry*, Clerk of Court

BY:  _____

Margaret M. McLain, Deputy Clerk

Issued: 12/3/18 by Jatty Clk #2196

Attorney: (P-1)
Patrick J. Berrigan
204 Village Circle- Suite 3
P.O. Box 220
Slidell, La. 70458

**FILED**

DEC 1 0 2018

MELISSA R. HENRY - CLERK
Deputy _____
Donna P. Melancon, Deputy Clerk

Received on _____, 2018, and on _____, 2018 I served a true copy of

the within _____

on _____ ____ in person.

at domicile with ___ | (52)201814887 - 4.00 -- C/P | INT: _____

in _____ | Served DOM on | _____
DARRELL GUILOTT at | enter.
81136 Carr LN, BUSH
Service Date & Time: 12/6/2018 12:25:00PM
on wife Trudy

8712 - MEYER, SCOTT, St. Tammany Parish

Deputy Sheriff

_____

101-15 day Regular Citation
Rev 7/16



PRE-PAID

2196