UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY M. NEWTON | * | CIVIL ACTION NO. 18-14144 |
| | * | |
| VERSUS | * | SECTION "G"(5) |
| | * | |
| ST. TAMMANY FIRE DISTRICT | * | JUDGE NANNETTE JOLIVETTE |
| NO. 12, ET AL. | * | BROWN |
| | * | |
| | * | MAGISTRATE MICHAEL B. |
| | * | NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes, Plaintiff, Ray M. Newton, who moves to remand this matter to state court pursuant to 28 U.S.C. § 1447(c) now that his federal claims have been dismissed.[1] As discussed in the attached supporting memorandum, this Court should follow the "general rule" in this circuit and decline to exercise supplemental jurisdiction over Newton's remaining state law claims.

WHEREFORE, for the foregoing reasons and as set forth in attached supporting memorandum, Plaintiff prays for an Order granting this Motion to Remand and sending this matter back to the 22nd Judicial Court for the Parish of St. Tammany.

RESPECTFULLY SUBMITTED:

/s/ Stacy R. Palowsky
**STACY R. PALOWSKY (#25203)**
Palowsky Law, LLC
Mail: 140 Tomahawk Lane
Covington, LA 70435
Office: 210 Highway 21

---

[1] Doc. 26.

2

Madisonville, LA 70447
Telephone: (985) 276-4940
Facsimile: (985) 590-5230
Email: spalowsky@palowsky-law.com

-and-

**PATRICK J. BERRIGAN (#3022)**
Patrick J. Berrigan, APLC
204 Village Circle, Suite 3
Slidell, LA 70458
Telephone: (985) 646-1515
Facsimile: (985) 646-1212
Email: Patrickjberr@yahoo.com
*Attorneys for Plaintiff, Ray M. Newton*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2019, a copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

       /s/ Stacy R. Palowsky
       STACY R. PALOWSKY

2